Submitted on record and briefs February 2, vacated in part; otherwise affirmed
March 21, 2001

## STATE OF OREGON,
*Respondent,*

*v.*

## JENNIFER LEE HEDGECOCK,
*Appellant.*

(98-1101; CA A108133)

21 P3d 137

Harris S. Matarazzo filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

**PER CURIAM**

In this criminal case, defendant was found guilty except for insanity. The trial court, among other things, ordered defendant to pay court-appointed attorney fees and a unitary assessment. Defendant appeals, arguing that the statutes authorizing the courts to impose attorney fees and assessments apply only to "convictions" and that a finding of guilty except for insanity is not a conviction. The state concedes the point. We accept the concession. *State v. Gile*, 161 Or App 146, 985 P2d 199 (1999).

Portion of judgment requiring payment of court-appointed attorney fees and unitary assessment vacated; otherwise affirmed.